IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEBRA MICHELLE ETRICK,

    Plaintiff,

v.

KANSASLAND TIRE CO., INC. OF HAYS, KANSAS, et al.,

    Defendants.

Case No. 21-1177-KHV-ADM

## ORDER

On April 26, 2022, the court convened a discovery conference at defendants' request to discuss plaintiff Debra Michelle Etrick's ("Etrick") responses to Federal Rule of Civil Procedure 36 requests asking that she admit that she was legally required to file tax returns. In consultation with the parties, the court set the following briefing schedule and page limits on defendants' anticipated motion to deem the requests admitted:

- Defendants' motion and opening brief is due by **April 29, 2022**, and is limited to 7 pages;

- Etrick's response brief is due by **May 6, 2022**, and is limited to 7 pages; and

- Defendants' reply brief is due by **May 11, 2022**, and is limited to 3 pages.

The parties also discussed the status of defendants' electronic document production. The court provided the parties with suggestions to speed up production using more targeted search terms. The court also advised the parties that they should schedule depositions based on the current discovery deadline, which the court is extremely unlikely to extend.

**IT IS SO ORDERED.**

Dated April 27, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge